# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
James L. Glass

Case No: 4:07CR3160
USM No: 21823-047

Date of Original Judgment: 07/25/2008
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David R. Stickman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Filings 69, 72 and 73 are granted as provided herein.

Except as otherwise provided, all provisions of the judgment dated 07/25/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/28/2012

s/ Richard G. Kopf
*Judge's signature*

Effective Date: 02/28/2012
*(if different from order date)*

Richard G. Kopf, Senior U.S. District Judge
*Printed name and title*